```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02766
    REGINAL E MURPHY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


        Debtor
    SSN XXX-XX-4435


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/16/2007 and was not confirmed.

     The case was dismissed without confirmation 08/01/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SE  SECURED NOT I    1172.50              .00         1172.50
INTERNAL REVENUE SERVICE  PRIORITY        10107.06              .00             .00
AMERICAN COLLECTION       UNSEC W/INTER    1021.20              .00             .00
ARNOLD SCOTT HARRIS       UNSEC W/INTER  NOT FILED              .00             .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED              .00             .00
PREMIER BANCARD CHARTER   UNSEC W/INTER     397.78              .00             .00
HSBC NV                   UNSEC W/INTER  NOT FILED              .00             .00
MERCHANTS CREDIT GUIDE C  UNSEC W/INTER  NOT FILED              .00             .00
NICOR GAS                 UNSEC W/INTER    2802.37              .00             .00
PINNACLE FINANCAIL        UNSEC W/INTER  NOT FILED              .00             .00
AES/PHEAA                 UNSEC W/INTER   16350.32              .00             .00
SAMUEL THOMAS             UNSEC W/INTER  NOT FILED              .00             .00
TORRES CREDIT SERVICES    UNSEC W/INTER  NOT FILED              .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER     957.49              .00             .00
AMERICREDIT FINANCIAL SE  UNSEC W/INTER  NOT FILED              .00             .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER     440.29              .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER     393.37              .00             .00
AMERICREDIT FINANCIAL SE  UNSEC W/INTER   16311.86              .00             .00
CITY OF CHICAGO PARKING   UNSEC W/INTER     340.00              .00             .00
ERNESTO D BORGES JR       DEBTOR ATTY         .00                               .00
TOM VAUGHN                TRUSTEE                                             77.50
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  1,250.00

PRIORITY                                            .00
SECURED                                        1,172.50
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                              77.50
DEBTOR REFUND                                       .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02766 REGINAL E MURPHY
```

```
                                    ---------------    ---------------
TOTALS                                     1,250.00           1,250.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 12/05/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```